# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

26 U.S.C. § 7201 – Tax Evasion

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum prison term 5 years;
Maximum fine $250,000;
Maximum supervised release term 3 years;
Mandatory special assessment $100 per felony count; and
Restitution.

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ SALMAN SALMAN

DISTRICT COURT NUMBER

4:23-cr-00464-HSG

**FILED**
Dec 11 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

INTERNAL REVENUE SERVICES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form  ISMAIL J. RAMSEY

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  THOMAS R. GREEN, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

FILED

Dec 11 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> SALMAN SALMAN, <br>     Defendant. | CASE NO. 4:23-cr-00464-HSG <br><br> VIOLATION: <br><br> 26 U.S.C. § 7201 – Tax Evasion <br><br> OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE:　　(26 U.S.C. § 7201 – Tax Evasion)

　　1.　From in or about January 2016, through in or about November 2017, in the Northern District of California and elsewhere, the defendant,

SALMAN SALMAN,

a resident of the Northern District of California, owing more federal income tax than was declared due on his federal income tax returns, and knowing this fact, willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America, for the calendar year 2016, by committing the following affirmative acts, among others:

　　a.　preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the

INFORMATION　　　　　　　　　　　　　　　　1

Internal Revenue Service;

b. reporting, and causing to be reported that his and his spouse's joint taxable income for the calendar year 2016 was $51,582, and that the amount of tax due and owing was $14,498, when in fact, as defendant knew, defendant and his spouse had joint taxable income for the calendar year 2016 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America;

c. causing substantial income to be transferred from a bank account of a C-Corporation he owned to other accounts he controlled, including an account in his wife's name;

d. reporting, and causing to be reported that a C-Corporation company he owned had various expenses, expenses that he knew to be false or inflated, and expenses defendant reported or caused to be reported in order to understate income of the C-Corporation and understate income on his and his wife's U.S. Individual Income Tax Return, Form 1040; and

e. providing his tax preparers with false and inaccurate information regarding both income and expenses of a C-Corporation company that he owned.

All in violation of Title 26, United States Code, Section 7201.

COUNT TWO:        (26 U.S.C. § 7201 – Tax Evasion)

2. From in or about January 2017, through on or about April 3, 2019, in the Northern District of California and elsewhere, the defendant,

SALMAN SALMAN,

a resident of the Northern District of California, owing more federal income tax than was declared due on his federal income tax returns, and knowing this fact, willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America, for the calendar year 2017, by committing the following affirmative acts, among others:

a. preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service;

INFORMATION                                                     2

  b.  reporting, and causing to be reported that his and his spouse's joint taxable income for the calendar year 2017 was $0, and that the amount of tax due and owing was $644, when in fact, as defendant knew, defendant and his spouse had joint taxable income for the calendar year 2017 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America;

  c.  causing substantial income to be transferred from a bank account of a C-Corporation he owned to other accounts he controlled, including an account in his wife's name;

  d.  reporting, and causing to be reported that a C-Corporation company he owned had various expenses, expenses that he knew to be false or inflated, and expenses defendant reported or caused to be reported in order to understate income of the C-Corporation and understate income on his and his wife's U.S. Individual Income Tax Return, Form 1040; and

  e.  providing his tax preparer(s) with false and inaccurate information regarding both income and expenses of a C-Corporation company that he owned.

 All in violation of Title 26, United States Code, Section 7201.

<u>COUNT THREE</u>: (26 U.S.C. § 7201 – Tax Evasion)

 3. From in or about January 2018, through on or about November 15, 2019, in the Northern District of California and elsewhere, the defendant,

SALMAN SALMAN,

a resident of the Northern District of California, owing more federal income tax than was declared due on his federal income tax returns, and knowing this fact, willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America, for the calendar year 2018, by committing the following affirmative acts, among others:

  a.  preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service;

  b.  reporting, and causing to be reported that his and his spouse's joint taxable income for the

calendar year 2018 was $8,419, and that the amount of tax due and owing was $4,889, when in fact, as defendant knew, defendant and his spouse had joint taxable income for the calendar year 2018 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America;

    c. causing substantial income to be transferred from a bank account of a C-Corporation he owned to other accounts he controlled, including an account in his wife's name;

    d. reporting, and causing to be reported that a C-Corporation company he owned had various expenses, expenses that he knew to be false or inflated, and expenses defendant reported or caused to be reported in order to understate income of the C-Corporation and understate income on his and his wife's U.S. Individual Income Tax Return, Form 1040; and

    e. providing his tax preparers with false and inaccurate information regarding both income and expenses of a C-Corporation company that he owned.

All in violation of Title 26, United States Code, Section 7201.

COUNT FOUR:	(26 U.S.C. § 7201 – Tax Evasion)

4. From in or about January 2019, through on or about October 15, 2020, in the Northern District of California and elsewhere, the defendant,

SALMAN SALMAN,

a resident of the Northern District of California, owing more federal income tax than was declared due on his federal income tax returns, and knowing this fact, willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America, for the calendar year 2019, by committing the following affirmative acts, among others:

    a. preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service;

    b. reporting, and causing to be reported that his and his spouse's joint taxable income for the calendar year 2019 was $11,085, and that the amount of tax due and owing was $4,906,

when in fact, as defendant knew, defendant and his spouse had joint taxable income for the calendar year 2019 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America;

    c.    causing substantial income to be transferred from a bank account of a C-Corporation he owned to other accounts he controlled, including an account in his wife's name;

    d.    reporting, and causing to be reported that a C-Corporation company he owned had various expenses, expenses that he knew to be false or inflated, and expenses defendant reported or caused to be reported in order to understate income of the C-Corporation and understate income on his and his wife's U.S. Individual Income Tax Return, Form 1040;

    e.    providing his tax preparers with false and inaccurate information regarding both income and expenses of a C-Corporation company that he owned; and

    f.    filing and causing to be filed insurance claim(s) on behalf of a C-Corporation for which he was sole shareholder, obtaining approximately $1,218,289 in insurance payments in response to the insurance claim(s), and causing the money received by the C-Corporation to be transferred into other accounts defendant controlled and used to pay for personal expenses, including mortgage, credit card and loan payments, all without informing his tax preparers or causing such income to be reported on his 2019 tax returns.

All in violation of Title 26, United States Code, Section 7201.

DATED: December 11, 2023

ISMAIL J. RAMSEY
United States Attorney

*/s/ Thomas R. Green*
THOMAS R. GREEN
Assistant United States Attorney

INFORMATION                     5