# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**
Dec 11 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | | |
|---|---|---|
| **CASE NAME:** USA v. SALMAN SALMAN | **CASE NUMBER:** CR 4:23-cr-00464-HSG | |
| Is This Case Under Seal? | Yes | No ✓ |
| Total Number of Defendants: | 1 ✓  2-7 | 8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes | No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF   OAK ✓ | SJ |
| Is this a potential high-cost case? | Yes | No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes | No ✓ |
| Is this a RICO Act gang case? | Yes | No ✓ |
| Assigned AUSA (Lead Attorney): THOMAS R. GREEN | Date Submitted: 12/11/2023 | |
| Comments: | | |

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)